JOHN F. MONAHAN, appellant,

*v.*

BARNEY LARKEY et al., respondents.

[Submitted July 6th, 1915.    Decided November 15th, 1915.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery.

*Messrs. Melosh & Morten,* for the appellant.

*Messrs. Teeple & Unger,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, VREDENBURGH, HEPPENHEIMER, WILLIAMS, TAYLOR—13.

*For reversal*—None.